UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - LN
February 15, 2022
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY/⟋⟋ᵥ    SCANNED BY⟋⟋⟋

JAMES T. CARTER

     Plaintiff,

V.

**1:22-cv-140**
**Hala Y. Jarbou**
**U.S. District Judge**

Branda E. Sprader

    Defendant. /

1. This is a civil lawsuit filed against Defendant for the violation of Plaintiff's 14th,

6, and 5th constitutional amendment rights.

       On or about 7-22-01 an Ex-Party (PPO) was enter against Plaintiff. On 8-24-21 Plaintiff attend

a zoom hearing which Judge Branda E. Sprader (Defendant) conducted. At the hearing Defendant

inform both parties that a third party will not be brought in the hearing for discussed. However, the

Defendant allowed Plaintiff's wife to bring in the third party. Defendant then asked Plaintiff questions

about the matter, but stopped Plaintiff from fully addressing the matter. Plaintiff was unable to ask

questions to his wife about the (PPO) she filed against him. Plaintiff wife stated Plaintiff never

threaten her or put his hand on her. The Defendant would not allow Plaintiff to ask questions to his

wife about the (PPO) order denying him his civil right to be treated equally under the 14th amendment.

On 8-24-21 Plaintiff filed a request for records of the Zoom Hearing, which he was denied and told

they have no records of the hearing, see Exhibit 1, attached herewith.  Around 10-4-21 a summon was

taped on Plaintiff back door to appear at a hearing, he was told it did not matter as long as he got the

summon. Plaintiff was charge with stalking. Plaintiff was given a one hundred dollar bound and a fifty

dollar fine. There was no evidence to support the stalking charge.

## ARGUMENT
### 1.

A United States Citizen has a 14th amendment constitutional right to be treated equally whereas Defendant violated Plaintiff 14th amendment constitutional civil right. And in doing so violated his 6 amendment constitutional right to confrontation, and his 5th amendment constitutional right to procedure. There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper V. O'Conner, 99 F. 2d 133. The particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument. Marbury V. Madison, 1 Cranch 137 (1803). Defendant violated Plaintiff's civil right to the 14th amendment and 6 amendment to confront his accuser.

WHEREFORE, for the above stated reasons Plaintiff ask that this Honorable Count award him six hundred thousand dollars in compensatory damage or whatever this Court deem appropriate.

DATE:_____2-15-14, 2022

James T. Carter, In pro per
2240 Baker Street
Muskegon, MI 49444

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NOTE OF PLEADING, PLEASE TAKE NOTICE, that the attached pleading will be

brought on for hearing on February 28, 2022, or soon thereafter as the matter can be heard.

Dated: _Feb 14_____, 2022

James Carter

PROOF OF SERVICE

On February 14, 2022, I services a copy of the attached litigation to Branda E. Sprader, by
FedEx mail, 990 Terract Street, Muskegon, MI 49442

JAMES T CARTE
2240 Baker ST
Muskegon, Hts M
494 4 4

U.S. Feder
315 ALLeg
Lansing MI

al DisTricT COURT
an st # 213

chigan 48933

ORIGIN ID:MKGA  (231) 903-9253
JAMES THEODORE CARTER

2240 BAKER ST

MUSKEGON, MI 49444
UNITED STATES US

SHIP DATE: 14FEB22
ACT WGT: 0.20 LB
CAD: 6994544/SSFE2220

BILL CREDIT CARD

TO **US FEDERAL DISTRICT COURT**

**315 ALLEGAN ST #213**

**LANSING MI 48933**

(000) 000-0000
REF:

DEPT:





**FedEx**
Express

E

TRK# 2898 3149 8994
0201

TUE – 15 FEB 4:30P
**STANDARD OVERNIGHT**

**68 LANA**

48933
MI–US **GRR**



Reusable

02.15
8994
A 16:30
9
Rt 664
FZ B01