# 1

STATE OF MICHIGAN
CIRCUIT COURT / PROBATE COURT
FOR THE COUNTY OF MUSKEGON

**REQUEST FOR TRANSCRIPT**

Lorie Carter
_Plaintiff,_

James T. Carter
_Defendant,_

File No: 21007827 PP

In the Matter of Lorie Carter vs James Carter

James T Carter
(Name of Requesting Party)

Date: 9-17-2021

I request a transcript of the  original copy CD  held on
(Type of Hearing)

8-24-21 , before Judge/Referee  B. Sprader
(Date of Hearing)                              (Name of Judge/Referee)

PLEASE CHECK THE TRANSCRIPT TYPE YOU WISH TO ORDER

_____ Regular rate (Up to 30 days)          ✓ Expedited (2-7 days)

Regular per-page rate:   $2.05 per page ($1.75 original, $.30 copy)

Expedited rate:   $4.10 per page

requesting Deposit
Deposit paid: $_____

_James T Carter_
Signature of Requesting Party

2240 Baker St.
Muskegon MI. 49444
Address of Requesting Party

231-903-9253
Daytime Phone Number of Requesting Party