UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES T. CARTER,

    Plaintiff,

v.

    Case No. 1:22-cv-140

    Hon. Hala Y. Jarbou

BRENDA SPRADER,

    Defendant.
_____/

## ORDER

On February 23, 2022, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's complaint be dismissed (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 9, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:   March 22, 2022                    /s/ Hala Y. Jarbou
                                                               HALA Y. JARBOU
                                                               UNITED STATES DISTRICT JUDGE